■ In the Matter of NIGEL JOSEPH, Petitioner, v DARWIN LACLAIRE, as Superintendent of Franklin Correctional Facility, Respondent. [982 NYS2d 808]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Lahtinen, J.P., Stein, Rose and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.